UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORRALES, | 1:06-cv-00743-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| vs. | **ORDER DISMISSING ACTION** |
| SIX UNKNOWN NAMES AGENTS, | |
| Defendants. | |

Plaintiff, Carlos Corrales ("plaintiff"), is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 28, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  The Findings and Recommendations, filed August 28,
2006, are ADOPTED IN FULL; and,

   2.  This action is DISMISSED based on plaintiff's failure
to obey the court's order of July 13, 2006, and failure to
prosecute.

IT IS SO ORDERED.

**Dated:   October 12, 2006**                /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE